United States Courts Southern
District of Texas
FILED

*6/25/2022*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
Vs.
**Kendall Rhea Barba**

**CRIMINAL COMPLAINT**

Case Number:　**C-22-745M**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about _____**June 24, 2022**_____ in _____**Brooks**_____ County, in the
(Date)

Southern District of Texas, defendant,　　**Kendall Rhea Barba**

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title _____**8**_____ United States Code, Section(s) _____**1324**_____ .
I further state that I am a(n) _____**Border Patrol Agent**_____ and that this complaint is based on the
　　　　　　　　　　　　　　　　　　OFFICIAL TITLE
following facts:

　　　　See Attached Affidavit of U.S. Border Patrol Agent　　**John L VanderVeen**

Continued on the attached sheet and made a part of this complaint:　　　**X** Yes　　☐ No

Signature of Complainant
**John L VanderVeen**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

June 25, 2022
Date

at　　　Corpus Christi, Texas
City and State

**Julie K. Hampton U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**PROBABLE CAUSE / FACTS:**

On June 24, 2022, at approximately 7:45 a.m., a Toyota Camry entered primary inspection at the United States Border Patrol Checkpoint south of Falfurrias, Texas with one visible occupant. The primary agent asked the driver, later identified as Kendall Rhea Barba, if there was anyone else travelling with her. Barba told the agent "no". While the primary agent was conducting their inspection, a Border Patrol canine handler and their canine partner conducted a free air sniff of the vehicle. The canine alerted to the Toyota Camry. The primary agent asked Barba for consent to search the trunk of the Camry. Barba declined to give consent and told agents she did not have to consent to anything Border Patrol asked. At this point, Barba was referred over to secondary inspection due to the canine alert.

Once in the secondary inspection area, a search of the Toyota Camry located two individuals, later identified as Mayra Cruz-Anastacio and Marta Martinez-Pacheco, concealed in the trunk. Cruz and Martinez were both determined to be citizens of Mexico illegally present in the United States. At this point, Barba was placed under arrest for alien smuggling. All individuals were read their Miranda Rights in their preferred language. Barba declined to give a statement

**NOTES:**

Barba has one prior arrest for alien smuggling on November 3, 2021. The case was handled administratively at the time.

**MAT-WIT STATEMENT:** Mayra Cruz-Anastacio

Cruz stated she illegally entered the United States with Martinez approximately one week prior to her arrest. She stated she stayed at an unknown hotel until going to a gas station with the plan of getting into the trunk of a random vehicle. She stated she stayed hidden waiting for a random vehicle. When the vehicle she was encountered in pulled up to the pumps, an unknown woman got out to pump gas. While the woman was pumping gas, Cruz stated Martinez and herself opened the trunk and concealed themselves in the trunk without the driver knowing.

**MAT-WIT STATEMENT:** Marta Martinez-Pacheco

Martinez stated she had entered the United States illegally approximately a month prior to her arrest. She stated she lived and worked in McAllen, Texas. Martinez told agents one of her coworkers assisted her in making arrangements to be smuggled to Kansas City, Missouri via Houston, Texas. Someone Martinez refers to as the driver's "boss" picked her up at 1:00 a.m. on the morning of her encounter and brought her first to a hotel and then eventually to a house. Once at the house, "the boss" loaded her and the other alien into the trunk of the car. "The boss" then closed the trunk but left the backseat down. Martinez described the driver as having light skin and light-colored hair. She also stated the driver was wearing a black sleeveless shirt and sunglasses. The description matched the physical appearance of Barba at the time of her arrest. Martinez stated she was unable to identify the driver in a photo lineup as she never got a good view of her face. Martinez stated she believed the driver was nervous because she put

the back seat up when she got in the car to conceal their presence in the trunk. Martinez stated she was to pay $4,500.00 once she reached Houston, Texas.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney's Office who accepted Kendall Rhea Barba for prosecution of 8 USC 1324, Alien Smuggling. Mayra Cruz-Anastacio and Marta Martinez-Pacheco will be held as material witnesses in this case.

_____
John L VanderVeen
Border Patrol Agent

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on June 25, 2022.

_____
Julie K. Hampton
United States Magistrate Judge