**SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

United States Courts
Southern District of Texas
FILED

*June 27, 2022*

**UNITED STATES OF AMERICA**

Nathan Ochsner, Clerk of Court

Vs.
**Kendall Rhea Barba**

Case Number: C-22-745M

### AMENEDED AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY CAME AND APPEARED THE UNDERSIGNED AGENT, WHO BEING FIRST DULY SWORN, DEPOSED, AND SAID:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Mayra Cruz-Anastacio
Marta Martinez-Pacheco**

These material witnesses are citizens of Mexico who have admitted belonging to a class of aliens who are deportable, being illegally within the United States.  Should they be released and returned to their native country, they may not be subject to extradition.  Thus, it would be impracticable to secure their presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

John L VanderVeen
Border Patrol Agent
U.S. Border Patrol

27th   day of   June 2022

Julie K. Hampton
UNITED STATES MAGISTRATE JUDGE